| | |
|---|---|
| **From:** | Newton, KT (USAPAE) <KT.Newton@usdoj.gov> |
| **Sent:** | Wednesday, September 8, 2021 11:45 AM |
| **To:** | Lenora Wittje |
| **Cc:** | Ryan Miller; zeiger_levinzeiger.com |
| **Subject:** | RE: Activity in Case 2:19-cr-00368-PD USA v. TANTUSHYAN et al Motion for Warrant |

**CAUTION - EXTERNAL:**

Lenora,

    The government opposes defendant's motion. At a minimum, defendant Daldumyan needs to self-surrender to the Marshal's Office. I am also, frankly, having difficulty believing that the defendant was confused as to the date and time for the hearing and could not contact his counsel.

KT

K.T. Newton
Assistant United States Attorney
United States Attorney's Office for the Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA  19106-4476
Office: 215.861.8329
Cell: 215.764.2230

**From:** Lenora Wittje <Lenora_Kashner_Wittje@paed.uscourts.gov>
**Sent:** Wednesday, September 8, 2021 8:55 AM
**To:** Newton, KT (USAPAE) <KNewton@usa.doj.gov>
**Cc:** Ryan Miller <RMiller@paed.uscourts.gov>; zeiger_levinzeiger.com <zeiger@levinzeiger.com>
**Subject:** FW: Activity in Case 2:19-cr-00368-PD USA v. TANTUSHYAN et al Motion for Warrant

K.T.:

What is your position as to defendant's motion?
The bench warrant was issued late yesterday. It has not yet appeared on the docket.

Thank you.

Lenora Kashner Wittje
Courtroom Deputy to the Honorable Paul S. Diamond
267-299-7739
United States District Court
U.S. Courthouse
601 Market Street
Philadelphia, PA  19106



From: ecf_paed@paed.uscourts.gov <ecf_paed@paed.uscourts.gov>
Sent: Wednesday, September 8, 2021 8:32 AM
To: paedmail@paed.uscourts.gov
Subject: Activity in Case 2:19-cr-00368-PD USA v. TANTUSHYAN et al Motion for Warrant

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Eastern District of Pennsylvania

## Notice of Electronic Filing

The following transaction was entered by ZEIGER, BRIAN on 9/8/2021 at 8:31 AM EDT and filed on 9/8/2021
**Case Name:** USA v. TANTUSHYAN et al
**Case Number:** 2:19-cr-00368-PD
**Filer:** Dft No. 5 - DAVIT DALDUMYAN
**Document Number:** 270

**Docket Text:**
**First MOTION for Bench Warrant Warrant *LIFT* by DAVIT DALDUMYAN. (ZEIGER, BRIAN)**

**2:19-cr-00368-PD-5 Notice has been electronically mailed to:**

ALEX R. KESSEL     kessellawfirm@gmail.com

ARNOLD C. JOSEPH     joseph@josephandassoc.com

BARNABY C. WITTELS     barnabyw@aol.com

BRIAN J. ZEIGER     zeiger@levinzeiger.com, amanda@levinzeiger.com, dominique@levinzeiger.com, jenny@levinzeiger.com, kimberly@levinzeiger.com

DAVID JAY GLASSMAN     davidjayglassman@gmail.com, glendaglassman@comcast.net

ELLEN C. BROTMAN     ebrotman@ellenbrotmanlaw.com

GEORGE G. MGDESYAN     george@mgdesyanlaw.com, tatiana@mgdesyanlaw.com

GEORGE GARY BESNILIAN     gbesnilian@nazbeslaw.com, info@nazbeslaw.com

JORDAN JAHAIRE FREEMAN     JfreemanDefense@gmail.com

K. T. NEWTON     kt.newton@usdoj.gov, CaseView.ECF@usdoj.gov, michele.mucellin@usdoj.gov, michelle.morgan2@usdoj.gov, sharon.jones@usdoj.gov

LAWRENCE J. BOZZELLI     lbozz@hotmail.com, bozzelli.law@gmail.com

MICHAEL T. VANDERVEEN     mtv@mtvlaw.com, ddevlin@mtvlaw.com, frontoffice@mtvlaw.com, madams@mtvlaw.com, ngreen@mtvlaw.com

PAUL J. HETZNECKER     phetznecker@aol.com, talio3@aol.com

RICHARD J. FUSCHINO , JR     rjf@fuschinolaw.com

THOMAS O. FITZPATRICK     tom@minceyfitzross.com, admin@minceyfitzross.com, cristina@minceyfitzross.com, kevin@minceyfitzross.com, marquita@minceyfitzross.com

**2:19-cr-00368-PD-5 Notice will not be electronically mailed to:**

HAMLET TANTUSHYAN
#78178-112
FDC-PHILADELPHIA
PO BOX 562
PHILADELPHIA, PA 19105

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=9/8/2021] [FileNumber=17825578-0
] [8affa65a99ed7504916683b63a1c2af7d0d1f712db42858ded4504987811bb56944
c3449aed0cc9a1baf8a16f247d6d6c7952b239c7ce61f22c2f3fa4758b9b1]]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.